# UNITED STATES DISTRICT COURT
for the
## Eastern District of California


FILED
JAN 08 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 1:19-mj-00005-BAM |
| CHRISTOPHER D. METCALF, | ) |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at:   U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California
*Place*

**before Magistrate Judge Stanley A. Boone in Courtroom 9**

on   **FEBRUARY 7, 2019 at 10:00 AM**
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 1/8/19

*Defendant's signature*

Date: 1/8/2019

*Judicial Officer's Signature*

**U.S. MAGISTRATE JUDGE STANLEY A. BOONE**
*Printed name and title*