1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 ERIN SNIDER, #304781
Assistant Federal Defender
3 2300 Tulare Street, Suite 330
Fresno, CA 93721
4 Telephone: (559) 487-5561
Fax: (559) 487-5950
5
Attorney for Defendant
6 CHRISTOPHER METCALF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00005-BAM-2 |
|---|---|
| Plaintiff, | STIPULATION TO VACATE FEBRUARY 7, 2019 STATUS CONFERENCE; ORDER |
| vs. | |
| CHRISTOPHER METCALF, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brian Enos, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Christopher Metcalf, that the status conference scheduled for February 7, 2019, at 10:00 a.m. be vacated, as the United States Attorney's Office in the District of Nevada has dismissed the citation.

Mr. Metcalf appeared before this Court on January 8, 2019, for an initial appearance on a warrant from the District of Nevada. The warrant related to Citation No. 4187809, charging Mr. Metcalf with driving with a revoked or suspended driver's license. At that appearance, the parties reported that they were exploring the possibility of a Rule 20 transfer and requested the Court set a status conference for that purpose.

On January 10, 2019, the United States Attorney's Office in the District of Nevada moved to dismiss Citation No. 4187809, and the Court granted the motion on January 16, 2019.

*See* Exhibit A.

In light of the dismissal, a status conference is no longer necessary, and, accordingly, the parties jointly request that the Court vacate the February 7, 2019 status conference.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: January 18, 2019 　　　　　　　　　　　*/s/ Brian Enos*
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 18, 2019 　　　　　　　　　　　*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER METCALF

# O R D E R

**IT IS HEREBY ORDERED** that the status conference scheduled for February 7, 2019, at 10:00 a.m. is vacated and this case shall be closed by the court of Clerk.

IT IS SO ORDERED.

Dated: __**January 18, 2019**__　　　　　　　　　　　_____
UNITED STATES MAGISTRATE JUDGE